UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT WILLIAM JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDOCINO COUNTY, et al.,<br><br>    Defendants. | Case No. 25-cv-01182-EMC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Lamont William Jones filed the instant pro se civil rights lawsuit on February 5, 2025. ECF No. 1. The matter was recently reassigned from a magistrate judge to the undersigned in light of a Ninth Circuit decision.[1]

Prior to reassignment, on July 10, 2025, the Court (Ryu, J.) ordered Jones to provide a current address. ECF No. 7. On July 29, 2025, the Court's order directing Jones to provide a current address was returned and marked as undeliverable. ECF No. 8. More than two months have passed, and Jones has not updated his address or otherwise communicated with the Court.

Given that Jones failed to comply with Civil Local Rule 3-11, the matter is **DISMISSED WITHOUT PREJUDICE**. *See Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address). Any motion to reopen this matter must be accompanied by a change of address form. The Clerk shall terminate all pending motions and close the file.

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).

1  This Order terminates ECF Nos. 4 and 6.

2  **IT IS SO ORDERED.**

3  Dated: September 30, 2025

4  _____
   EDWARD M. CHEN
5  United States District Judge